WATCHTOWER BIBLE & TRACT SOCIETY, INC., et al., Appellants, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Submitted March 1, 1948; decided March 2, 1948.

*Hayden C. Covington* for motion.

*Stuart N. Updike, James W. Rodgers, John R. Schoemer, Jr., and Philip T. Seymour* opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.